**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1591**

---

COYT W. MIXON,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Henry M. Herlong, Jr., District Judge. (CA-98-1104-5-20AK)

---

Submitted: September 9, 1999          Decided: September 20, 1999

---

Before ERVIN,[*] WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John W. Bledsoe, III, BLEDSOE LAW FIRM, Hartsville, South Carolina, for Appellant. Frank W. Hunger, Assistant Attorney General, J. Rene Josey, United States Attorney, John Berkley Grimball, Assistant United States Attorney, Deana R. Ertl-Lombardi, Chief Counsel, Yvette G. Keesee, Assistant Regional Counsel, Region VIII, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

---

[*] Judge Ervin participated in this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Coyt W. Mixon appeals the district court's order affirming the Commissioner's denial of his application for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Mixon v. Apfel, Commissioner, Social Security Admin.</u>, No. CA-98-1104-5-20AK (D.S.C. Mar. 4, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the order from which Mixon appeals was filed on March 2, 1999, it was entered on the district court's docket sheet on March 4, 1999. March 4, 1999, is therefore the effective date of the district court's decision. <u>See</u> Fed. R. Civ. P. 58 and 79(a); <u>see also</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).